NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE CRAIG M. SAUNDERS, LINDSEY TUFTS, JR., and DAVID J. BOLL

2010-1529

(Serial No. 10/858,224)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Upon consideration of Craig M. Saunders, Lindsey Tufts, Jr., and David J. Boll's unopposed motion for a 60-day extension of time, until February 7, 2011, to file the opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**DEC 0 6 2010**
Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Alan S. Kellman, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 6 2010

**JAN HORBALY**
**CLERK**